**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ABG HOLDINGS-BELL GARDENS LLC,

Plaintiff,

v.

COMERICA BANK,

Defendant.

CV 25-7946 PA (RAOx)

JUDGMENT

Pursuant to the Court's August 27, 2026 Minute Order granting the Motion to Dismiss filed by defendant Fifth Third Bank, N.A., as successor by merger to Comerica Bank ("Defendant") and dismissing without leave to amend the Complaint filed by plaintiff ABG Holdings-Bell Gardens LLC ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. The action filed by Plaintiff is dismissed with prejudice; and
2. Defendant shall recover from Plaintiff its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: August 27, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE